# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2015

148761

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARLOS ALBERTO SOLERNORONA,
      Defendant-Appellant.

SC: 148761
COA: 311641
Oakland CC: 2009-228907-FC

_____/

By order of July 29, 2014, the application for leave to appeal the January 14, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Lockridge* (Docket No. 149073). On order of the Court, the case having been decided on July 29, 2015, 498 Mich 358 (2015), the application is again considered. Although the Court of Appeals in this case relied on *People v Herron,* 303 Mich App 392 (2013), which this Court overruled in *Lockridge*, we are not persuaded that the defendant has established a threshold showing of plain error under *Lockridge* or that the questions presented should otherwise be reviewed by this Court. The application for leave to appeal is therefore DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2015



Clerk

t1019